AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>DAMIAN SMITH-BIRGE<br><br>*Defendant(s)* | ) ) ) ) ) ) )   Case No. 3:21-mJ-108 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2021__ in the county of __Monroe__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Interstate Threats |

This criminal complaint is based on these facts:
See attached Affidavit of FBI SA Nicholas S. Mathis.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas S. Mathis, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-22-21

_____
*Judge's signature*

City and state:   SCRANTON, PA    Chief U.S. Magistrate Judge Karoline Mehalchick
*Printed name and title*