UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: Docket No. 3:21-CR- 388
v. :
: (Judge            )
DAMIAN SMITH-BIRGE, :
:
Defendant :

FILED
SCRANTON

DEC 1 4 2021

PER _____

INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 875(c)
(Interstate Threatening Communication)

On or about November 18, 2021, in the Middle District of Pennsylvania and elsewhere, the defendant,

**DAMIAN SMITH-BIRGE,**

knowingly and willfully did transmit in interstate commerce from the State of Missouri to the Commonwealth of Pennsylvania, cellular phone communications to the Pennsylvania State Police, Stroudsburg Barracks, containing a threat to injure law enforcement, specifically, "…I'm sure you guys have gotten a lot of calls given your phone number was busy but that unarmed child that had his hands up in the air that

was shot by you guys, that's gonna get you full retribution for your lives..." "In fact you can tell them, that the phone number I didn't try to hide at all whatsoever, the person that owns that phone number is officially declaring war, I'm done. The State Police, the Federal government, all that shit man. Fuck this. The FBI already knows who the fuck I am, I got a case number. You stupid mother fuckers man. Full retribution. The best part about that word is it doesn't even constitute terroristic threatening. So have fun with it."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

JOHN C. GURGANUS
United States Attorney

*Jenny P Roberts*
JENNY P. ROBERTS
Assistant United States Attorney

12-14-21
Date